ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone: (415) 729-9006

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES, et al., Plaintiffs, vs. LADY LUCK GOURMET LLC, etc., Defendant. | NO. C 10 2814 EDL<br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AS MODIFIED |

IT IS ORDERED that the Case Management Conference in this case set for April 5, 2011 continued to June 14, 2011 at ~~10:00 a.m.~~ 3:00 pm. in Courtroom E, 15th Floor, San Francisco, CA. A joint case management conference statement shall be filed no later than June 7, 2011.

Dated: Mar 24, 2011

Magistrate Judge
Elizabeth D. Laporte